UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DJEBY SIDIBE,

                     Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT and POLICE
OFFICER FRANK GALIA - Badge No. 24153,

                     Defendants.

------------------------------------------------------------x

ECF Case

07 Civ. 6028 (SAS)(KNF)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK   )

LUIS MORALES, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action and reside in Bronx County.

2. On June 26, 2007, I personally served the Summons, Complaint, Civil Action Cover Sheet, Individual Rules of Judge Scheindlin and Magistrate Judge Fox, USDC/SDNY Instructions for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing on:

                     THE CITY OF NEW YORK,

by personally appearing at the Office of the Corporation Counsel, 100 Church Street, New York, New York 10007 and handing a copy to the Clerk who is designated to receive service on behalf of the defendant who affixed the official stamp of that Office to the documents.

                                                         _____
                                                         Luis Morales

Sworn to before me this
26th day of June, 2007.

_____
Notary Public

WANDY CARABALLO
Notary Public, State of New York
No. 01CA6118339
Qualified in Bronx County
Commission Expires November 8, 20__