Form 05 - SUITABLE WITH MAILING

KAHN GORDON TIMKO & RODRIQUES, P.C.
ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY
---------------------------------------------

DJEBY SIDIBE                              plaintiff        Index No. **07 CV 6028**

                                                           Date Filed ............
            - against -
                                                           Office No.

THE CITY OF NEW YORK, ETAL                defendant
                                                           Court Date:   /   /
---------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
**HARRY TORRES**     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
**28th** day of **June, 2007   01:55 PM**                at
   **%MIDTOWN NORTH PRECINCT, 306 W.54TH ST
   NEW YORK, NY 10019**
I served the   **SUMMONS AND COMPLAINT
               CIVIL COVER SHEET
               JUDGES RULES**
upon **P.O. FRANK GALIA**
**the DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
   **P.O. JOHN IMPERALTO--CO-WORKER**
a person of suitable age and discretion.
   Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **MALE**     COLOR: **WHITE**    HAIR: **BLACK**    AGE: **30**   HEIGHT: **6:1**   WEIGHT: **190**
OTHER IDENTIFYING FEATURES:

On **07/02/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address.

That address being **actual place of employment of the
DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.


Sworn to before me this
2nd   day of   July,       2007        ......................
KENNETH WISSNER                        HARRY TORRES/ 0915257
Notary Public, State of New York       AETNA CENTRAL JUDICIAL  SERVICES
    No.01WI4714130                     225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY           NEW YORK, NY, 10007
Commission Expires 03/30/2010          Reference No: 7KG145715