AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DJEBY SIDIBE,

    Plaintiff,

vs.

CITY OF NEW YORK, et al.

    Defendants.

APPEARANCE

Case Number: 07 CV 6028 (SAS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CITY OF NEW YORK

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/30/2007 | *[signature]* |
| Date | Signature |
| | ANNA NGUYEN     AN6973 |
| | Print Name     Bar Number |
| | NYC LAW DEP'T, 100 CHURCH ST., ROOM 3-213 |
| | Address |
| | NEW YORK    NY    10007 |
| | City    State    Zip Code |
| | (212) 788-0971    (212) 788-9776 |
| | Phone Number    Fax Number |