## KAHN GORDON TIMKO & RODRIQUES P.C.
ATTORNEYS AT LAW
20 VESEY STREET-SUITE 300
NEW YORK, NEW YORK 10007

(212) 233-2040
FAX: (212) 732-4666
e-mail: KGTRPC@AOL.COM
www.KGTRPC.COM

HAROLD GORDON
MYRON KAHN
NICHOLAS I. TIMKO*
LESTER C. RODRIQUES

THOMAS B. GRUNFELD
SUBRATA SENGUPTA
MITCHELL F. SENFT
EDWARD A. LEMMO

* ADMITTED NY, PA

PARALEGAL
GEORGIA B. FRANCIS

OF COUNSEL
GERALD P. GOLDSMITH

October 23, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07

RECEIVED
CHAMBERS OF
OCT 23 2007
JUDGE SCHEINDLIN

BY FAX - (212) 805-7920
Honorable Shira A. Scheindlin
United States District Judge
United States District Court
500 Pearl Street - Room 1620
New York, New York 10007

Re:    Djeby Sidibe v. City of New York, et al. - 07 Civ. 6028 (SAS)

Dear Judge Scheindlin:

It is hereby respectfully requested that the Initial Case Management conference, presently scheduled before Your Honor for October 24, 2007 at 3:00 PM, be adjourned to another date that is convenient for the Court.

This adjournment is requested because counsel of record in this matter, Nicholas I. Timko, is presently actually engaged on trial in Bronx County Supreme Court in a matter entitled Violet Wormley v. City of New York, Index No. 17483/98, before Justice Howard Sherman. Jury selection was concluded and open statements began this morning. It is expected that the trial will be concluded by the end of next week.

Nov 5
on 6th

Two other attorneys in our office, who might have been able to substitute for Mr. Timko are also actually engaged on trial – Harold Gordon in Nassau County Supreme Court in a matter entitled Bridget Maloney v. Kevin Diaz, et al., Index No. 17112/05 (jury selection began this morning) and Edward A. Lemmo in Queens County Supreme Court in a matter entitled James Saunders v. The City of New York, Index No. 9363/96 before Justice Martin Solomon.

We have contacted the Assistant Corporation Counsel, Anna Nguyen and she has no objection to the adjournment of the Conference.

Thank you in advance for your anticipated courtesy in this matter.

The parties' request for an adjournment is hereby granted. The conference originally scheduled for Oct. 24, at 3, is adjourned to Nov. 7, 2007 at 4:30.
So ordered.

Respectfully,
Lester C. Rodriques (LCR4123)

Shira A. Scheindlin, USDJ
Date: October 23, 2007

cc: Anna Nguyen, Esq. (By Fax)