UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
-------------------------------------------------------------- :
                                                               :
            *Ludite*                                           :
                                                               :        **ORDER OF REFERENCE**
            *V*                                                :        **TO A MAGISTRATE JUDGE**
                                                               :
            *NYC*                                              :        07 Civ. 6028 (SAS    )
                                                               :
-------------------------------------------------------------- X

        The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

___  General Pretrial (includes scheduling,          ___  Consent under 28 U.S.C. §636(c) for all
     discovery, non-dispositive pretrial motions,         purposes (including trial)
     and settlement)

                                                     ___  Consent under 28 U.S.C.§636(c) for
___  Specific Non-Dispositive Motion/Dispute:*            limited purpose (e.g., dispositive motion,
                                                          preliminary injunction)
     _____
                                                          Purpose:_____
     _____

     If referral is for discovery disputes  when     ___  Habeas Corpus
     the District Judge is unavailable, the time
     period of the referral:_____ ___ _____        ___  Social Security

✓    Settlement*
                                                     ___  Dispositive Motion (i.e., motion requiring
                                                          a Report and Recommendation)
___  Inquest After Default/Damages Hearing
                                                          Particular Motion:_____ _____

                                                          _____ _____ _____

                                                          All such motions: ____

======================================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:      New York, New York
            NOV 7, 2007

            *Early Feb. would be best.*

                                                     _____
                                                           United States District Judge

                                                                              *Thanks*