AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

DJEBY SIDIBE

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07 CV 6028

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York
New York City Police Department
Police Officer Frank Galia

I certify that I am admitted to practice in this court.

March 20, 2008
Date

*Meghan Cavalieri*
Signature

Meghan A. Cavalieri    MC 6758
Print Name    Bar Number

100 Church Street
Address

New York, NY  10007
City    State    Zip Code

(212) 788-6405    (212) 788-9776
Phone Number    Fax Number