USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2008



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

RECEIVED
CHAMBERS OF

MEGHAN A. CAVALIERI
*Assistant Corporation Counsel*
Tel.: (212) 788-6405
Fax: (212) 788-9776

March 21, 2008

BY HAND
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>Sidibe v. City of New York, et al.</u>, 07 CV 6028 (SAS)

Dear Judge Scheindlin:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and newly assigned attorney for defendants The City of New York, New York City Police Department and Police Officer Galia. I am writing with the consent of plaintiff's counsel Nicholas Timko, Esq. from the office of Khan, Gordon, Timko & Rodrigues P.C., to respectfully request: 1) a sixty (60) day enlargement of time of the close of discovery from March 30, 2008 to May 30, 2008, and 2) a corresponding adjournment of the pretrial conference scheduled by this court for April 14, 2008 at 4:30 p.m.

  The complaint alleges, inter alia, that plaintiff Djeby Sidibe was falsely arrested/imprisoned, subjected to excessive force and malicious prosecution. In addition to the City of New York and New York City Police Department, plaintiff also names Police Officer Frank Galia as a defendant. It is my understanding that issue has been joined and that the parties have engaged in document discovery. The reason for this request is because I was recently reassigned this case and will need time to become familiar with the file before proceeding with the litigation. Moreover, plaintiff recently provided this office with a settlement demand. The enlargement of time will allow us to assess this case for possible settlement. As your may recall, this case has been referred to Magistrate Judge Kevin Nathaniel Fox for purposes of settlement. To date no settlement conference has been scheduled. However, in light of plaintiff's recent settlement demand, defendants are interested in attending a settlement conference with the Court.

  I therefore respectfully request: 1) a sixty (60) day extension of time from March 30, 2008 to June 30, 2008, within which this office may confer with counsel, further investigate the matter and complete discovery, and 2) a corresponding adjournment of the pretrial

*Request granted. The discovery cut-off is extended to May 30, 2008. The final pretrial conference is adjourned to June 19 at 4:30. No further adjournments. So Ordered. [signature] USDJ 3/21/08*

conference scheduled by this court for April 14, 2008 at 4:30 p.m. to a date convenient to the court after the close of discovery.

       Thank you for your consideration in this regard.

       Respectfully submitted,

       */s/ Meghan Cavalieri*
       Meghan A. Cavalieri (MC 6758)
       Assistant Corporation Counsel
       Special Federal Litigation Division

cc:   VIA FAX
      Nicholas I. Timko, Esq.
      Kahn, Gordon, Timko & Rodrigues P.C.
      Attorney for Plaintiff
      Fax: (212) 732-4666

*[handwritten annotation:] Request granted. The discovery [...]*