Case 1:07-cv-06028-SAS    Document 16    Filed 05/28/2008    Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08



THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**MEGHAN A. CAVALIERI**
*Assistant Corporation Counsel*
Tel.: (212) 788-6405
Fax: (212) 788-9776
mcavalie@law.nyc.gov



May 23, 2008

BY HAND
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>Sidibe v. City of New York, et al.</u>, 07 CV 6028 (SAS)

Dear Judge Scheindlin:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and attorney for defendants The City of New York, New York City Police Department and Police Officer Galia. I have attempted to contact plaintiff's counsel, Nicholas I. Timko, Esq., to obtain his consent to this request but have yet to receive a response. However, under these particular circumstances, I have no reason to believe that he would not consent to this request. I write to respectfully request a forty five (45) day extension of time from May 30, 2008, to July 14, 2008 to complete discovery and a corresponding adjournment of the final pre-trial conference scheduled for June 19, 2008 at 4:30. There are several reasons for seeking the extension.

      The complaint alleges, inter alia, that plaintiff Djeby Sidibe was falsely arrested/imprisoned, subjected to excessive force and malicious prosecution. The parties appeared at a settlement conference before the Honorable Kevin Nathaniel Fox on May 7, 2008 in an effort to settle this case. However, a resolution of this matter was not reached.

      The primary reason for the request for an extension of the discovery deadline is that defendants are still in the process of obtaining a complete set of plaintiff's medical records so that we may complete depositions. Specifically, defendants are awaiting medical records from two of plaintiff's medical providers, Central Park Physical Medicine and Rehabilitation and Korn & Kaplan, MD. Defendants submit that, in this regard, they require documentation concerning plaintiff's purported injuries and treatment so that they can conduct a thorough deposition in one session. Because these relevant documents are outstanding, defendants have been unable to take plaintiff's deposition o date. While we have exerted our best efforts to obtain the outstanding documents, to date, we have not received them. Last week, defendants

received records from plaintiff's insurance company. Included in those documents were records from the two aforementioned medical providers. If these records are, in fact, comprehensive defendants will be in a position to proceed with plaintiff's deposition.

Moreover, the parties have been engaged in settlement discussions and defendants are hoping to continue to discuss the matter further. An enlargement of time will afford the parties the opportunity to further explore a settlement without expending the costs to conduct deposition discovery. We assure Your Honor that we will endeavor to exhaust our negotiations and complete discovery in the time allowed.

I therefore respectfully request: 1) a forty five (45) day extension of time from May 30, 2008 to July 14, 2008, to complete discovery, and 2) a corresponding adjournment of the pretrial conference scheduled by this court for June 19, 2008 at 4:30 p.m. to a date convenient to the court after the close of discovery.

Thank you for your consideration in this regard.

Respectfully submitted,

*Meghan Cavalieri*

Meghan A. Cavalieri (MC 6758)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: VIA FAX
Nicholas I. Timko, Esq.
Kahn, Gordon, Timko & Rodrigues P.C.
Attorney for Plaintiff
Fax: (212) 732-4666

Defendants' request is granted. Time for discovery is extended to July 14, 2008. The conference previously scheduled for June 19, 2008 is adjourned to Thursday, July 24, 2008 at 4:30 p.m. No further extensions will be granted.

SO ORDERED:

Dated: New York, New York
May 28, 2008

*Shira A. Scheindlin*
U.S.D.J.

- 2 -