UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                              :
**DJEBY SIDIBE,**
                                              :        **ORDER OF**
              **Plaintiff,**          **DISCONTINUANCE**
                                              :
             **-against-**           07 Civ. 6028 (SAS)
                                              :
**THE CITY OF NEW YORK, et al.,**
                                              :
             **Defendants.**
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                            SO ORDERED:

                                            Shira A. Scheindlin
                                            U.S.D.J.

Dated:    New York, New York
             July 24, 2008

- Appearances -

**For Plaintiff:**

Nicholas I. Timko, Esq.
Kahn Gordon Timko & Rodriques P.C.
20 Vesey Street - Suite 300
New York, NY 10007
(212) 233-2040

**For Defendants:**

Meghan Cavalieri
Assistant Corporation Counsel
100 Church Street
New York, NY 10007
(212) 788-6405